UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Securities & Exchange Commission
    Plaintiff

V.

  Robert Gadimian
    Defendant

CIVIL ACTION

NO. 16-11955-PBS

**SETTLEMENT ORDER OF DISMISSAL**

SARIS, C J

    The Court having been advised by counsel for the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 90 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

    By the Court,

4/25/2018                                                /s/ Clarilde Geraldino-Karasek

Date                                                        Deputy Clerk